UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL DE LUNA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE DE JESUS NAVARRO,<br>et al.,<br><br>　　　　Defendants. | Case No. ED CV 18-2261-DMG (KKx)<br><br>**ORDER RE PERMANENT INJUNCTION AS TO DEFENDANTS JOSE DE JESUS NAVARRO AND CHUBY PALMA** |

　　　The Court having granted Plaintiff Abel de Luna's Motion for Summary Judgment as to Defendants Jose de Jesus Navarro and Chuby Palma by order dated September 6, 2019 [Doc. # 49],

　　　IT IS ORDERED, ADJUDGED, AND DECREED that Navarro and Palma, and their respective officers, agents, employees, and attorneys, and other persons who are in active concert or participation with Navarro and/or Palma who receive actual notice of this Permanent Injunction by personal service or otherwise are hereby permanently ENJOINED and RESTRAINED from using the trade name and mark Banda Arkangel R-15 or any other mark which includes the word "Arkangel," whether alone or in combination with other

words or phrases, in any manner in connection with the sale, advertising, offering, announcing or promotion of musical services or products.

**IT IS SO ORDERED.**

DATED: September 6, 2019

                                           DOLLY M. GEE
                                 UNITED STATES DISTRICT JUDGE