UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2261-DMG (KKx)** | Date | May 12, 2020 |
|---|---|---|---|
| Title | *Abel de Luna v. Jose de Jesus Navarro, et al.* | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE ORDER TO SHOW CAUSE WHY COURT SHOULD NOT GRANT SUMMARY JUDGMENT AGAINST PLAINTIFF ON CLAIMS FOR INTEREFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE AND TRADEMARK COUNTERFEITING**

On April 29, 2020, the Court issued its Order resolving Plaintiff's second Motion for Summary Judgment. MSJ 2 Order [Doc. # 70]. Therein, the Court denied summary judgment as to Plaintiff's claims for interference with prospective economic advantage and trademark counterfeiting. *Id.* at 9-10. Additionally, because it did not appear that Plaintiff could support those claims with any evidence, the Court ordered him to show cause why it should not enter partial summary judgment against him pursuant to Federal Rule of Civil Procedure 56(f). *Id.* at 10. Plaintiff did not respond to the Order to Show Cause ("OSC") by the Court-ordered May 6, 2020 deadline.

Since Plaintiff has not demonstrated that his claims for interference with prospective economic advantage or trademark counterfeiting can proceed to trial, the Court **GRANTS** summary judgment in Defendants' favor on those claims. Given that all claims in this case are now resolved, the Court will issue a separate judgment concurrently with this Order.

**IT IS SO ORDERED.**