**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABEL DE LUNA** | Case No.: ED CV 18-2261-DMG (KKx) |
| Plaintiff, | |
| v. | |
| **JOSE DE JESUS NAVARRO, et al.,** | **JUDGMENT** |
| Defendants. | |

The Court having granted in part and denied in part the second motion for summary judgment of Plaintiff Abel de Luna by order dated April 29, 2020 [Doc. # 70],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered as follows:

1. In Plaintiff's favor as to all of Defendant Jose de Jesus Navarro's Counterclaims. Navarro shall take nothing by way of his Counterclaims.
2. In Plaintiff's favor as to his claims against Navarro for an accounting, dissolution of partnership, and breach of fiduciary duty.

3. In Navarro's favor as to Plaintiff's claims for interference with prospective business advantage and trademark infringement by counterfeiting. Plaintiff shall take nothing by way of those claims.

The partnership between Plaintiff and Navarro is hereby dissolved. Defendants shall adhere to the permanent injunction described in the Court's September 6, 2019 Order. [Doc. # 51.]

DATED: May 12, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE